JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNIS C. HARRIS, | ) | Case No. CV 12-10387-ODW (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| E. VALENZUELA, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Memorandum and Order Summarily Dismissing Petition,

IT IS HEREBY ADJUDGED that the Petition and this action are dismissed.

Dated: December 14, 2012

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE